EASTERN TIRE COMPANY, A CORPORATION, APPELLANT, v. HARRY GOUKLER, RESPONDENT.

Submitted January term, 1929—Decided July 3, 1929.

Before Justices TRENCHARD, KALISCH and LLOYD.

For the appellant, *Irving J. Rosenberg*.

For the respondent, *Robert Peacock*.

PER CURIAM.

This was an action to recover the amount of a check, given by defendant, for $440. The case was heard by the judge of the District Court, without a jury.

The plaintiff proved that it took the check on the day it bore date, partly in payment of tires, and party for cash; that on presentation the check was not paid. The defendant's contention was illegality in the contract; this illegality consisting of the fact that it was given for the purchase of liquors. The trial judge, deeming this a good defense, rendered judgment for the defendant and the plaintiff appeals.

In thus ruling we think there was error. Under the proofs plaintiff was a holder in due course (*Rice* v. *Barrington*, 75 *N. J. L.* 806), and as such was entitled to recover the amount of the check. Assuming that the evidence offered by the defendant established that a sale of intoxicating liquors was the consideration for which the check was given, this was not a defense against a *bona fide* holder, whatever the effect of the illegal consideration might be as between the immediate parties. *Pamph. L.* 1902, *p.* 593, § 57; 8 *C. J.* 767, 768.

The judgment is reversed.